IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                              Cr. No. 14-CR-1656 KG

ERIC LEO ALEXANDER,

        Defendant.

ORDER

This matter comes before the Court on the United States' Motion *in Limine* to Allow Impeachment of Defendant by Use of His Prior Convictions Pursuant to Fed. R. Evid. 609 (Motion *in Limine*), filed September 10, 2014. (Doc. 40). The Court heard argument on the Motion *in Limine* on September 15, 2014. Present at the oral argument were Assistant United States Attorney, Luis Martinez, Assistant United States Attorney, Amanda Gould, Defendant Eric Leo Alexander, and counsel for Defendant, Stephen Hosford. Having considered the United States' Motion *in Limine*, the corresponding briefs, the evidence of record, and the argument of counsel at the September 15, 2014, hearing, and having made conclusions of law, the Court grants the United States' Motion *in Limine* for the reasons stated on the record.

IT IS, THEREFORE, ORDERED that the United States' Motion *in Limine* (Doc. 40) is GRANTED.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE